

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-23-2005

# In Re: Combustion

Precedential or Non-Precedential: Precedential

Docket No. 03-3392

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"In Re: Combustion " (2005). *2005 Decisions*. Paper 1499.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1499

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 20, 2004

Nos. 03-3392, 03-3415, 03-3425, 03-3436, 03-3445,
03-3446, 03-3450, 03-3451, 03-3452, 03-3468, 03-3492 & 03-3558

IN RE: COMBUSTION ENGINEERING, INC.

First State Insurance Company, et al., Appellants at No. 03-3392
(District of Delaware No. 03-cv-00751)
Certain Cancer Claimants, Appellants at No. 03-3415
(District of Delaware No. 03-cv-00753)
Certain Underwriters at Lloyd's London, et al., Appellants at No. 03-3425
(District of Delaware No. 03-cv-00745)
Allstate Insurance Company, Appellant at No. 03-3436
(District of Delaware No. 03-cv-00752)
Allianz Insurance Company, Appellant at No. 03-3445
(Bankruptcy Court of Delaware No. 03-10495)
Everest Reinsurance Company, Appellant at No. 03-3446
(Bankruptcy Court of Delaware No. 03-10495)
Century Indemnity Company, et al., Appellants at No. 03-3450
(District of Delaware No. 03-cv-00744)
OneBeacon America Insurance Company, Appellant at No. 03-3451
(District of Delaware No. 03-cv-00743)
North River Insurance Co., et al., Appellants at No. 03-3452
(District of Delaware No. 03-cv-00742)
Certain Underwriters at Lloyd's, London, et al., Appellants at No. 03-3468
(Bankruptcy Court No. 03-10495)
Everest Reinsurance Company, Appellant at No. 03-3492
(District of Delaware No. 03-cv-00748)
Continental Casualty Company, et al., Appellants at No. 03-3558
(District of Delaware No. 03-cv-00754)

Present:      SCIRICA, Chief Judge, AMBRO and FUENTES, Circuit Judges

Letter dated December 16, 2004, construed as Motion by Certain Cancer
Claimants, Appellants at No. 03-3415, to Amend the Opinion filed on
December 2, 2004.

/s/Nicole M. Bruno
Nicole M. Bruno
Case Manager (267)299-4924

Opinion and Judgment entered December 2, 2004.
Responses due 1/3/05.

IN RE: COMBUSTION ENGINEERING, INC.

Nos. 03-3392, etc.

Page - 2 -

_____**O R D E R**_____

The foregoing letter dated December 16, 2004, construed by the Court as a motion to amend the Court's Opinion filed December 2, 2004, is granted. It is hereby ordered that the opinion in the above case, filed December 2, 2004, be amended as follows:

The entry at the top of page 5 which read:
>      GREGORY M. HARVEY, ESQUIRE (ARGUED)
>      Montgomery, McCracken, Walker & Rhoads, LLP
>      123 South Broad Street
>      Philadelphia, Pennsylvania 19109
> shall read:
>      GREGORY M. HARVEY, ESQUIRE (ARGUED)
>      NATALIE D. RAMSEY, ESQUIRE
>      BALDO M. CARNECCHIA, JR., ESQUIRE
>      Montgomery, McCracken, Walker & Rhoads, LLP
>      123 South Broad Street
>      Philadelphia, Pennsylvania 19109

BY THE COURT,

/s/ Anthony J. Scirica
*Chief Judge*

DATED: February 23, 2005
ghb/cc: All Counsel of Record